IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KIMBERLEY GAIL HANKS                                              PLAINTIFF

        v.                            No. 05-2145

CRAWFORD COUNTY JAIL;
CHERYL BORUM; and CARRIE,
Deputy/Floor Officer                                             DEFENDANTS

## O R D E R

Now on this 13th day of January 2006, there comes on for consideration the report and recommendation issued by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas (Doc. 9). Plaintiff filed a response on January 13, 2006, however, she did not object to the Court's report and recommendation (Doc. 12).

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Separate Defendant Crawford County Jail is dismissed from this action. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time).

However, under a separate order, the court will direct service on the remaining defendants, Cheryl Borum and Carrie, Deputy/Floor Officer.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge